IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICHARD DESILETS
Plaintiff

Vs. Case No. 04-517-L
(Consolidated)

DESILETS NURSING HOME, INC.
Defendant

---

CLAIRE THIBEAULT
Plaintiff

vs. Case No. 04-518-L
(Consolidated)

WATERMAN HEIGHTS NURSING HOME, LTD.,
D/B/A WILDFLOWERS HEALTH CARE
BY THE WATER
Defendant

RECEIVED
JUL 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

This matter came before the Court on Receivers' (1) Response to United States' Motion to Dismiss and (2) Motion to Withdraw Objection to Administrative Claims of Internal Revenue Service and Dismiss Proceedings. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. The Receivers are hereby authorized to withdraw their Objection to the Administrative Claims of Internal Revenue Service without prejudice; and

2. The within consolidated cases are hereby dismissed without prejudice.

ENTERED as an Order of this Court the 12th day of July 2005.

ENTER: PER ORDER:

Ronald R. Lagueux

Dated: 7/11/05
Sn. USDJ